**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL STEVENS, <br><br> Plaintiff <br><br> v. <br><br> BOARD OF PARDONS AND PAROLES, <br><br> Defendant | Case No.: 2:24-cv-00344-APG-EJY <br><br> **Order Accepting Report and Recommendation, and Dismissing Case** <br><br> [ECF No. 4] |

On May 7, 2024, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Michael Stevens did not pay the filing fee or file a complete application to proceed in forma pauperis by the given deadline. ECF No. 4. Stevens did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 4) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 24th day of May, 2024.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE